IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In the Matter of the Seizure of | ) | |
| | ) | |
| Two Hundred Sixteen (216) Domain Names related to Gootloader Malware as described in Attachments A-1, A-2, A-3, and A-4 | ) | Case No.: 26-mc-195-STV |
| | ) | **<u>Filed Under Seal</u>** |
| | ) | |

**UNITED STATES' MOTION TO RESTRICT**

COMES NOW the United States of America, by and through Jasand Mock, Assistant United States Attorney, and respectfully moves the Court for an Order restricting the Seizure Warrant, Application, and Affidavit for Seizure Warrant in the above-named matter, as well as this Motion. As grounds therefore, the United States submits the following:

1. Said Seizure Warrant, Application, and Affidavit for Seizure Warrant, and this Motion have been filed as a part of a continuing investigation.

2. The release of the information in the application and affidavit in this matter may substantially jeopardize the ongoing investigation based on concerns of destruction of evidence, flight from prosecution, danger to investigators, and other obstructive conduct.

WHEREFORE, it is respectfully requested that the Seizure Warrant, Application, and Affidavit for Seizure Warrant and Order in this matter, as well as this Motion, and the Court's Order restricting these documents be restricted at Level 3 until further order of the Court. Further, the Government requests that the Order allow the Government to produce the Search Warrant, the Application, the Affidavit in Support of Search Warrant and associated documents

pursuant to its discovery obligations and/or to disseminate said documents to law enforcement partners without further order of the Court.

Dated: October 29, 2026

Respectfully submitted,

PETER MCNEILLY
UNITED STATES ATTORNEY

s/Jasand Mock

***Jasand Mock***
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Jasand.Mock@usdoj.gov
Attorney for Government