IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In the Matter of the Seizure of | ) | |
| | ) | |
| Two Hundred Sixteen (216) Domain Names related to Gootloader Malware as described in Attachments A-1, A-2, A-3, and A-4 | ) | Case No.: 26-mc-195-STV |
| | ) | **Filed Under Seal** |
| | ) | |

## ORDER TO RESTRICT CASE

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1. Restriction of the case and documents to Level 3 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the case, including the Search Warrant, Application and Affidavit in the above-captioned matter, as well as the Government's Motion to Restrict and this Order, are restricted at Level 3 until further order of the Court, except that the government may produce these documents pursuant to its discovery obligations and/or disseminate said documents to law enforcement partners without further order of the Court.

DATED this 30TH day of October, 2026.

BY THE COURT:

THE HON. SCOTT T. VARHOLAK
CHIEF UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO