IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In the Matter of the Seizure of:<br>Two Hundred Sixteen (216) Domain Names Related To Gootloader Malware as described in Attachments A-1, A-2, A-3, and A-4 | Case No. 26-mc-00195-STV<br><br>**Filed Under Restriction** |

**ORDER**

The Court having reviewed the United States' Motion to Partially Unrestrict Seizure Warrants and Related Documents in the above-captioned case, and finding good cause therefore, hereby:

ORDERS that the Clerk of the Court is directed to unrestrict this case;

ORDERS that ECF Nos. 1 and 2 shall remain at a Level 3 restriction; and

ORDERS that all other filings in the case (except for ECF Nos. 1 and 2) shall be unrestricted and publicly accessible.

11/10/2026
Date

The Hon. Scott T. Varholak
Chief United States Magistrate Judge